IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01055-MSK-KLM

PRISON LEGAL NEWS,

       Plaintiff,

v.

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

       Defendant.

## ORDER SETTING RULE 16 HEARING

THIS MATTER comes before the Court upon a Complaint for Declaratory and Injunctive Relief filed by the Plaintiff seeking relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(B). In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary. **This is not a scheduling conference; do not submit a proposed scheduling order.**

    **IT IS ORDERED**:

(1)     A hearing is set for **August 13, 2008 at 4:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars.

(2)     Prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:
- Whether the parties anticipate that the items previously requested by the Plaintiff under the FOIA will be provided to the Plaintiff now that there has been a verdict in the criminal action to which the FOIA request pertained, and if so, what impact that would have on the Plaintiff's claim.
- Whether the parties are in agreement as to the type of relief that can be obtained under 5 U.S.C. § 552(a)(4)(B).
- Whether there are facts in dispute, or stipulated facts, which would bear upon the Court's determination of the Plaintiff's claim.
- Whether discovery is needed or appropriate on any issue.
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

(3)  If the Defendant has not been served with the Summons and Complaint, this Order shall be served together with the Summons and Complaint within ten (10) days of the date of this Order.

Dated this 21st day of May, 2008

                                           **BY THE COURT:**

                                           Marcia S. Krieger
                                           United States District Judge