IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01055-MSK-KLM

PRISON LEGAL NEWS,

    Plaintiff,

v.

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the parties' Joint Status Report **(#12)** requesting deadlines for submitting records (a video and photographs) for *in camera* review and for filing cross-motions for summary judgment on the Plaintiff's Freedom of Information Act claim.

**IT IS ORDERED** that the records shall be submitted for *in camera* review by **November 21, 2008.** Cross-motions for summary judgment shall be filed on **November 21, 2008,** and any responses to such motions shall be filed in accordance with D.C.COLO.LCivR 56.1(A). No reply briefs shall be filed.

Dated this 17th day of October, 2008

                **BY THE COURT:**

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge